# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER DANE PRICE  PLAINTIFF
ADC #093144

V.  NO: 4:17CV00001 JLH/PSH

BRIANN LI MANDRI  DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Christopher Dane Price filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 3, 2017 (Doc. No. 2). On April 12, 2017, mail sent to Price was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 8. On April 13, 2017, the Court entered a text order. *See* Doc. No. 9. In the order, Price was notified that the mail could not be delivered to him because he was no longer at the address he provided. Price was directed to provide notice of his current mailing address by no later than thirty days from the entry of the April 13, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was

sent to him at his last known address.  The envelope containing the text order could not be delivered to Price because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket.  *See* Doc. No. 10.

More than 30 days have passed, and Price has not complied or otherwise responded to the April 13 order.  Price also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2).  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Price's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE