IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER DANE PRICE                                                    PLAINTIFF
ADC #093144

V.                          NO: 4:17CV00001 JLH/PSH

BRIANN LI MANDRI                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 13th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE